NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOUTHERN NUCLEAR OPERATING COMPANY, ALABAMA POWER COMPANY, AND GEORGIA POWER COMPANY,**
*Plaintiffs-Appellees,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2008-5020

---

Appeal from the United States Court of Federal Claims in 98-CV-614, Senior Judge James F. Merow.

---

**SOUTHERN NUCLEAR OPERATING COMPANY, ALABAMA POWER COMPANY, AND GEORGIA POWER COMPANY,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2008-5028

---

Appeal from the United States Court of Federal Claims in 98-CV-614, Senior Judge James F. Merow.

---

## ON MOTION

---

## O R D E R

Southern Nuclear Operating Company et al. move without opposition to take judicial notice of a United States Court of Federal Claims order in a related case and an excerpt of the United States' brief in another related case. Southern Nuclear Operating Company et al. also move without opposition to voluntarily dismiss their cross-appeal, 2008-5028.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to take judicial notice is granted.

(2) The motion to dismiss 2008-5028 is granted.

(3) Each side shall bear its own costs related to 2008-5028.

(4) The revised official caption in 2008-5020 is reflected above.

(5) The appellees' brief is due within 30 days of the date of filing of this order.

FOR THE COURT

<u>SEP 1 6 2010</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: M. Stanford Blanton, Esq.
     Harold D. Lester, Jr., Esq.

s20

ISSUED AS A MANDATE (as to 2008-5028 only):
  <u>SEP 1 6 2010</u>

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 6 2010

JAN HORBALY
CLERK